■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAN PSZENICZNY, Appellant. [973 NYS2d 568]—Appeal by the de-

fendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered December 3, 2010, convicting him of assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The sole contention raised by the defendant on appeal is that the jury verdict convicting him of assault in the third degree was against the weight of the evidence. In fulfilling our responsibility to conduct an independent review of the weight of the evidence (*see* CPL 470.15 [5]; *People v Danielson*, 9 NY3d 342 [2007]), we accord great deference to the jury's opportunity to view the witnesses, hear the testimony, and observe demeanor (*see People v Mateo*, 2 NY3d 383, 410 [2004], *cert denied* 542 US 946 [2004]; *People v Bleakley*, 69 NY2d 490, 495 [1987]). Upon reviewing the record here, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see People v Romero*, 7 NY3d 633 [2006]). Skelos, J.P., Dickerson, Hall and Miller, JJ., concur.